■ SHEILA R. BROWN-NETT et al., Appellants, v CITY OF SYRACUSE et al., Respondents.—Order unanimously affirmed without costs (see, Turcotte v Fell, 68 NY2d 432; Perretti v City of New York, 132 AD2d 537; see also, O'Neill v Daniels, 135 AD2d 1076). (Appeal from order of Supreme Court, Onondaga County, Stone, J.—summary judgment.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

■ ELINOR W. DUCAT, Appellant, v DAVID J. WALTON, Respondent.—Order and judgment unanimously affirmed without costs for reasons stated at Supreme Court, Gilbert, J. (Appeal from order and judgment of Supreme Court, Jefferson County, Gilbert, J.—fraud.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.